| | |
|---|---|
| **ROWLEY CHAPMAN BARNEY & BUNTROCK, LTD.**<br>63 East Main Street, Suite 501<br>Mesa, Arizona 85201-7423<br>Telephone (480) 833-1113<br>Facsimile (480) 833-1114<br>*Attorneys for Debtor*<br>**Janet M. Spears, Esq. – SBN 023833**<br>Email: janet@azlegal.com | |

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| DENISE K. DYE,<br><br>Debtor. | Case No.: 2:11-bk-34612-RJH<br><br>**NOTICE OF FILING OBJECTION TO PROOF OF CLAIM**<br><br>Claim No.: 12<br>Claimant: HSBC Bank Nevada, N.A. |

NOTICE IS GIVEN that the Claimant has 14 days from service of the objection to file and serve a response thereto. If a timely response is not filed and served, the amended objection may be sustained by the Court without further notice or hearing.

DATED this 9th day of April, 2012.

                                        ROWLEY CHAPMAN BARNEY & BUNTROCK, LTD.

                                        /s/Janet M. Spears, #023833
                                        Janet M. Spears, Esq.
                                        63 East Main Street, Suite 501
                                        Mesa, Arizona 85201
                                        *Attorneys for Leo and Susan Archer*

| | |
|---|---|
| 1 | ORIGINAL of the foregoing E-FILED this 8th day of April, 2012 via CM/ECF and a |
| 2 | COPY of the foregoing MAILED this same date to: |
| 3 | |
| 4 | HSBC Bank Nevada, N.A.<br>c/o Bass &Associates, PC<br>3936 E. Ft. Lowell Rd., #200 |
| 5 | Tucson, Arizona 85712 |
| 6 | |
| 7 | Edward J. Maney<br>Trustee<br>P. O. Box 10434 |
| 8 | Phoenix, Arizona  85064 |
| 9 | /s/Janet M. Spears |