UST-20 2-97

JILL H. FORD
Chapter 7 Panel Trustee
P.O. Box 5845
CAREFREE, AZ 85377

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| DYE, DENISE K | Case No. 11-34612-PHX RJH |
| Debtor(s) | TRUSTEE'S OBJECTION TO PROOF OF CLAIM 12 CAPITAL ONE AND NOTICE THEREON |

COMES NOW <u>JILL H. FORD</u>, duly appointed, qualified and acting trustee in the above-captioned estate, and objects to the following claim:

No: <u>12S</u> Filed on: <u>04/06/12</u>, for <u>$1,912.95</u> by or on behalf of:
Name: <u>Capital One, N.A.</u>
Address: <u>Bass & Associates, P.C.,3936 E. Ft., Lowell Rd., Suite 200,Tucson, AZ 85712</u>

Upon the following grounds:

Based upon Creditor's scheduled proof of claim, Creditor's claim is fully secured: accordingly, any potential secured and unsecured deficiency claim is zero and unenforceable against the estate. <u>See Cardon v. Cotton Lane Holdings, Inc.,</u> 841 P. 2nd 198, 200 (Ariz. 1992) (A deficiency claim is the total amount owed to the creditor less the fair market value of the collateral). The creditor does not have a secured claim against Estate funds because it does not have a secured interest in the assets liquidated by the Trustee. Further, while the trustee does not object to Creditor's Secured Claim in its collateral, Creditor's potential unsecured deficiency claim is barred by Arizona law and 11 U.S.C. 502 (b)(1).

The Trustee recommends said claim be treated as follows: Creditor's secured claim against estate funds is denied and Creditor's unsecured claim is $733.83.

NOTICE IS GIVEN that the above claim be disallowed or allowed in the amount and with the priority as recommended above by the Trustee unless on or before DECEMBER 17, 2013
the creditor EITHER:

Case 2:11-bk-34612-RJH    Doc 72    Filed 11/25/13    Entered 11/25/13 15:20:33    Desc
Main Document    Page 1 of 2

1. Sends, WITH A COPY OF THIS NOTICE, the proper documentation to the trustee AND receives from the trustee a withdrawal of objection;

OR

2. Files and serves a response to the objection to the Clerk of the Court 230 N. 1st Avenue, Suite 101, Phoenix, AZ 85003-1706 and mails a copy thereof to the trustee at: P.O. Box 5845, CAREFREE, AZ 85377. If the claimant timely files and serves a response to the objection, the trustee shall request a hearing from the court, which hearing shall be held on at least 30 days notice to the claimant.

A true and exact copy of this objection has been forwarded on the date as appears below to the claimant at the address listed above.

| November 25, 2013 | /s/ Jill H. Ford |
|---|---|
| DATE | JILL H. FORD, Trustee |